UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR-11-107-WFN-16 |
| | ) | ORDER DENYING IN PART AND |
| v. | ) | RESERVING IN PART DEFENDANT'S |
| | ) | MOTION TO MODIFY RELEASE |
| GABRIEL SANTIAGO MEDINA, | ) | CONDITIONS, AND CONTINUING |
| | ) | HEARING DATE |
| Defendant. | ) | |
| | ) | |

Before the court is Defendant's Motion for an order modifying Defendant's release conditions to authorize the Defendant's attendance at his sons' athletic events and to remove the Defendant from electronic home monitoring.

Defendant may attend his children's athletic events. However, the issue of electronic monitoring is reserved until the hearing on September 16, 2011, at 1:30 p.m. Defendant shall confirm whether this date and time is workable.

**IT IS SO ORDERED.**

DATED September 12, 2011.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE


ORDER DENYING IN PART AND RESERVING IN PART DEFENDANT'S MOTION
TO MODIFY RELEASE CONDITIONS, AND CONTINUING HEARING DATE - 1