UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-11-107-WFN-16 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING IN PART |
| v. | ) | DEFENDANT'S MOTION FOR |
| | ) | RECONSIDERATION OF RELEASE |
| GABRIEL SANTIAGO MEDINA, | ) | CONDITIONS |
| | ) | |
| Defendant. | ) | |

Date of bail review hearing: **September 16, 2011.**

   **IT IS ORDERED** Defendant's Motion to Modify (ECF No. 408) is **GRANTED in part**. Electronic monitoring shall remain in place. Defendant shall have a curfew of **9:00 p.m. to 5:00 a.m.** daily.

   All other conditions of release previously set shall remain in place.

   DATED September 16, 2011.


                           S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION
FOR RECONSIDERATION OF RELEASE CONDITIONS - 1