UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL SANTIAGO MEDINA, <br><br> Defendant. | No. CR-11-107-WFN-16 <br><br> ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

The Defendant's unopposed Motion to remove electronic home monitoring **(ECF No. 543)** is **GRANTED.** All other conditions of release shall remain, including the curfew. Pretrial Services shall have the discretion to alter the curfew as needed for special circumstances.

**IT IS SO ORDERED.**

DATED October 28, 2011.

　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1