UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-107-WFN-16 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL |
| GABRIEL SANTIAGO MEDINA, | |
| Defendant. | |

Before the court is Defendant's unopposed Motion **(ECF No. 840)** to modify conditions of release to permit travel. The court finds that good cause exists to grant Defendant's Motion based on the Motion to Modify Release Conditions and the Declaration of Chris A. Bugbee. Accordingly,

**IT IS ORDERED** that the Defendant's Motion **(ECF No. 840)** is **GRANTED.** Defendant is authorized to travel with his family to the State of California for a family vacation between the dates of March 29, 2012, and April 6, 2012. All other conditions of release shall remain in full force and effect.

DATED March 19, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL - 1